```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  WILLIAM JOSEPH BOWEN,          ) Case No. SACV 09-1008-JHN(RC)
    aka WILLIAM J. BOWEN,          )
12  aka BILL BOWEN,                )
                                   )
13                Petitioner,      ) ORDER ADOPTING REPORT AND
                                   ) RECOMMENDATION OF UNITED STATES
14  vs.                            ) MAGISTRATE JUDGE AND ORDER DENYING
                                   ) CERTIFICATE OF APPEALABILITY
15                                 )
    IVAN CLAY/WARDEN, and          )
16  ATTORNEY GENERAL,              )
                                   )
17                Respondents.     )
    _____)
18
```

19    Pursuant to 28 U.S.C. Section 636, the Court has made a <u>de novo</u>
20 determination after having reviewed the petition and other papers
21 along with the attached Report and Recommendation of United States
22 Magistrate Judge Rosalyn M. Chapman, and having been advised by
23 petitioner that he has no objection to the Report and Recommendation.
24
25    IT IS ORDERED that (1) the Report and Recommendation is approved
26 and adopted; (2) the Report and Recommendation is adopted as the
27 findings of fact and conclusions of law herein; and (3) Judgment shall
28 be entered dismissing the petition for writ of habeas corpus and the

1 action without prejudice.

2

3     This Court finds any appeal would not be taken in good faith, and
4 petitioner has not made a substantial showing that he has been denied
5 a constitutional right and that this Court was not correct in its
6 procedural rulings, for the reasons set forth in the Report and
7 Recommendation, and accordingly, a certificate of appealability should
8 not issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).
9 Slack v. McDaniel, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146
10 L. Ed. 2d 542 (2000); Jones v. Smith, 231 F.3d 1227, 1231-32 (9th Cir.
11 2001).

12

13     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
14 Order, the Magistrate Judge's Report and Recommendation and Judgment
15 by the United States mail on petitioner.

16

17 DATED: March 31, 2010

18

19                                  JACQUELINE H. NGUYEN
                               UNITED STATES DISTRICT JUDGE

20

21 R&Rs\09-1008.ado
   3/24/10

2