UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOSEPH BOWEN,<br>aka WILLIAM J. BOWEN,<br>aka BILL BOWEN,<br><br>        Petitioner,<br><br>vs.<br><br>IVAN CLAY/WARDEN, and<br>ATTORNEY GENERAL,<br><br>        Respondents. | Case No. SACV 09-1008-JHN(RC)<br><br><br><br><br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed without prejudice.

DATE: March 31, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

R&Rs\09-1008.jud
3/11/10